**The motion is granted EXCEPT THAT the dispositive motion deadline is extended only to September 10, 2019 (which is 90 days before trial), and the response deadline for any dispositive motion is shortened from 21 to 14 days.**



**SO ORDERED.**
**SIGNED this 14th day of May, 2019**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **ALLEN HOOD** | ) | No. 3:17-bk-33605-SHB |
| | ) | **Chapter 7** |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| **ARTHUR R. ROONEY,** | ) | |
| **JUST TENNESSEE, LTD., and** | ) | |
| **ABBACAS HOLDINGS, LTD.,** | ) | |
| | ) | |
| Plaintiffs/Creditors, | ) | |
| | ) | |
| vs. | ) | Adv. Pro. No. 3:18-ap-03008-SHB |
| | ) | |
| **ALLEN HOOD,** | ) | |
| | ) | |
| | ) | |
| Defendant/Debtor. | ) | |

### ORDER AMENDING PRETRIAL ORDER

This matter comes before the Court on the Joint Motion to Amend Scheduling Order filed by

the parties. The motion does not request that the trial be delayed but requests that certain discovery

deadlines be extended. Based upon the motion and the entire record, the Court finds that the motion is well taken and should be granted. The Scheduling Order is amended as follows:

Depositions, except for the depositions of experts, shall be completed by August 2, 2019; plaintiffs' expert disclosures shall be made by August 10, 2019; defendant's expert disclosures shall be made by August 24, 2019; disclosures of rebuttal testimony only shall be made by September 1, 2019; depositions of experts and all discovery shall be completed by September 30, 2019, and the date dispositive motions shall be filed shall be on or before October 15, 2019.

###

APROVED FOR ENTRY:

By /s/ Michael S. Kelley
E. Richards Brabham (BPR #022030)
Michael S. Kelley (BPR#014378)
KENNERLY, MONTGOMERY & FINLEY, P.C.
P. O. Box 442
Knoxville, TN 37901
(865) 546-7311

*Attorneys for Plaintiffs*
*Arthur Rooney, Just Tennessee, Ltd., and Abbacus Holdings Ltd.*


By /s/ C. Dan Scott
C. Dan Scott (BPR #010295)
SCOTT LAW GROUP, P.C.
P. O. Box 547
Seymour, Tennessee 37865
(865) 246-1050

*Attorneys for the Defendant/Debtor Allen Hood*