IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

In re: )
)
ALLEN HOOD, ) No. 3:17-bk-33605-SHB
) Chapter 7
Debtor. )
)
_____)
)
ARTHUR R. ROONEY, )
JUST TENNESSEE LTD., and )
ABBACAS HOLDINGS, LTD., ) ORIGINAL
)
Plaintiffs/Creditors, )
)
vs. )
)
ALLEN HOOD, )
)
Defendant/Debtor. )
)

APPEARANCES:

    MICHAEL S. KELLEY,
    E. RICHARDS BRABHAM, III,
    Attorneys for the Plaintiffs/Creditors
    Knoxville, Tennessee

    C. DAN SCOTT,
    Attorney for the Defendant/Debtor
    Seymour, Tennessee

    ALSO PRESENT: Arthur R. Rooney

**DEPOSITION OF ALLEN HOOD**

July 30, 2019

---

**Watts-Boyd Reporting Agency**
in Association with
Kathy E. Holt, CCR, LCR
P.O. Box 30205
Knoxville, TN 37930-0205
**Phone (865) 604-3681**
www.wattsboyd.com



EXHIBIT A

1         A      I do not.

2         Q      Who did the legal work to make the
3 change to involve Justin Jones?

4         A      I'm not sure.  Do you have some
5 paperwork that -- no.  All right.  I'm not sure.

6         MR. KELLEY:  Let's make that the next
7 one.

8 (Exhibit No. 11 filed)

9 BY MR. KELLEY:

10         Q      Mr. Hood, I'm handing -- you've been
11 handed a document marked Exhibit 11 which is similar to
12 the Exhibit 10 except this deals with an entity called
13 Lake Casa, Limited Partnership.  Again if you'll look at
14 the last page, is that your signature?

15         A      Yes, sir.

16         Q      And that's the date you signed it?

17         A      I presume so.

18         Q      Was this the first South Dakota
19 limited partnership that you set up?

20         A      I'm not sure.

21         Q      But the three were this one, HAL, and
22 B&A?

23         A      Yes, sir.

24         Q      If you'll look at the front page,
25 you'll see that it was filed on March 4th, 2009.  Was

```
 1   for at the time.  But neither here nor there the
 2   documents, the deal sheets -- or the HUD statements
 3   should show what actually transpired on these actual
 4   lots.
 5            Q       Mr. Rooney, you've been handed --
 6   excuse me.  Mr. Hood, you've been handed a document
 7   marked Exhibit 26.
 8   (Exhibit No. 26 filed)
 9            A       Yes, sir.
10            Q       Is that your signature as the
11   incorporator of Destiny, Inc.?
12            A       Yes, sir.
13            Q       And was the sole purpose of Destiny,
14   Inc., to purchase the lakehouse property or was there
15   another overall purpose?
16            A       No, that was the purpose.
17            Q       Did you prepare the articles of
18   incorporate -- this charter rather or did a lawyer help
19   you?
20            A       I'm not sure.
21            Q       Were there articles of incorporation
22   or an operating statement?
23            A       I'm not sure.
24            Q       Who maintained the corporate records
25   of the -- of the company after you set it up?
```

```
 1          Q     How about David Rooney, do you recall
 2   if he was up at the property?
 3          A     I believe he was there once and I
 4   think we tried to make amends and I'm not sure what --
 5          Q     Tried to what?
 6          A     Make amends, try to figure out, you
 7   know, how to proceed forward and make some money on it
 8   'cause he had told me that now that the foreclosures
 9   were here we could clean up on them.  And -- and I'm not
10   quite sure what transpired after that but, evidently, we
11   didn't do any business after that.
12          Q     Do you recall what year it was, '08 or
13   '09?
14          A     I do not, sir.
15          Q     Do you recall -- you're being handed a
16   document marked Exhibit 29, Certificate of
17   Administrative Dissolution.  Do you recall -- for
18   Destiny, Inc.  Do you recall receiving that?
19   (Exhibit No. 29 filed)
20          A     No, sir.
21          Q     I'm handing you a document marked
22   Exhibit 30 and ask you if you'll take a minute to look
23   at that.  At that point is that your signature on the
24   document as secretary of Destiny, Inc.?
25   (Exhibit No. 30 filed)
```

1      A      Yes.

2      Q      And did you fill out the Application for Reinstatement?

4      A      I'm not sure.

5      Q      It's your signature but you don't --

6      A      Oh, is this a reinstatement?

7      Q      Well, look at it.

8      A      Okay. So yes.

9      Q      Now, if you look at the second page, there's an annual report. Now, it says at the top it's due on 4/1/07. It's dated -- signed by you. Well, I guess the first question is is that your signature as well?

14      A      Yes.

15      Q      And it's the same date as the Application for Reinstatement. At that point was -- were you the secretary of the company and Arthur Rooney was the president?

19      A      I'm not sure.

20      Q      If you'll look at the document, did you -- is that your handwriting in the middle and number 4 of the second page that identifies the president and the secretary?

24      A      No.

25      Q      It's not your handwriting?

```
 1   sent to him since the reinstatement came from you?
 2           A      No, I don't.
 3           Q      Did he assist in completing any of the
 4   documents for reinstatement?
 5           A      I'm not sure.  Actually, he wouldn't
 6   have.
 7           Q      Excuse me?
 8           A      He would have never -- I don't believe
 9   he would have done that.  I believe that either somebody
10   from his office or somebody from my office or somebody
11   from Arthur's office.  I'm not sure how -- I'm not sure
12   how this got -- I did sign it but, you know, I'm not
13   sure.
14           Q      So, Mr. Hood, I'm handing you a
15   document marked Articles of Incorporation of a Limited
16   Liability Company dated April 4th.  Is that your
17   signature?
18   (Exhibit No. 32 filed)
19           A      Yes.
20           Q      If you'll look at the top, the
21   number 1.  Who came up with the name Destiny of
22   Tennessee, LLC?
23           A      I'm not sure.
24           Q      Well, did anybody help you do this?
25           A      Well, yes, because I was -- I had
```

```
 1   was to be 50 percent owner in this company?
 2              A      Yes.
 3              Q      Can you explain why the number --
 4   there's no -- the number 2 isn't written at number 4,
 5   number of members at the date of filing?
 6              MR. SCOTT:  If more than six.
 7              Q      It's your testimony there are just
 8   supposed to be two?
 9              A      There was supposed to be whatever was
10   the previous Destiny, Inc.  Abbacas and -- I don't know
11   if I had it in my name or in Incred-I-Builders' name,
12   but the two previous owners still owned it.
13              Q      Are there any documents that reflect
14   this consent by Mr. Rooney to the establishment of the
15   limited liability company?
16              A      No.  No, we were just trying to get
17   holding costs down so -- 'cause that was when the market
18   was crashing.
19              Q      So, Mr. Hood, the same date -- let me
20   ask if that's your signature on Exhibit 33.
21   (Exhibit No. 33 filed)
22              A      Yes, sir.
23              Q      And the same date that you established
24   the LLC you did this conversion from the -- from
25   Destiny, Inc., to Destiny, LLC.
```

| | | |
|---|---|---|
| 1 | A | If that's what this says, yes, sir. |
| 2 | Q | And the handwriting on number 1 that says Destiny of Tennessee, LLC, and number 2, Destiny, Inc., is that your handwriting? |
| 5 | A | No. |
| 6 | Q | That's not your handwriting but you signed it? |
| 8 | A | No. Yes, I signed it. I'm sorry. |
| 9 | Q | Mr. Hood, you've been handed a document marked Exhibit 34, a Tennessee Quitclaim Deed. The second -- if you'll look at the second page, is that your signature? |
| 13 | (Exhibit No. 34 filed) | |
| 14 | A | Yes, sir. |
| 15 | Q | And if you look down under notary signature, Phil Nemeth notarized it. |
| 17 | A | Okay. Yes, sir. |
| 18 | Q | Did you -- did you pre -- well, and on the front it says if you look right above the term Tennessee Quitclaim Deed it says that Phil Nemeth prepared it. Is that accurate to the best of your memory? |
| 23 | A | I would assume that he or had somebody prepare it, yes. |
| 25 | Q | Where did -- were you in his office on |

1   Ski Mountain Road when you signed it?
2           A       I'm not sure.
3           Q       If you'll look up to the bottom to the
4   top left you'll see that the transfer -- the
5   considerations is identified as zero. Is it accurate
6   that this property was transferred from Destiny of
7   Tennessee, LLC, to Lake Casa, Limited Partnership, for
8   no money?
9           A       That is correct.
10          Q       And it was Mr. Nemeth who helped
11  you -- who actually was involved with setting up Lake
12  Casa?
13          A       That is correct.
14          Q       And was it, in fact -- is it accurate
15  that -- that Lake Casa was set up the very day of this
16  transfer?
17          A       I'm not sure. Or did you say is it
18  possible or did you --
19          Q       Was it.
20          A       Was it possible?
21          Q       Not was it possible. Was it a fact?
22          A       Oh, I'm -- I'm not sure.
23          Q       Did it have -- I'm handing you Exhibit
24  11 and just ask, so it appears that on March 2nd Lake
25  Casa -- you signed the documents to establish Lake Casa,

365 3218 03/04/2009

Receipt Number:  1184158

File Number   DP001995

LIMITED_PARTNERSHIP

For

**LAKE CASA LIMITED PARTNERSHIP**

Filed at the request of:

MAY ADAM GERDES & THOMPSON
PO Box 160
Pierre SD 57501

*State of South Dakota*
*Office of the Secretary of State*

Filed in the office of the Secretary of State on: **Wednesday, March 04, 2009**

*Chris Nelson*
Secretary of State

Fee Received:   $100.00

EXHIBIT
11
Hood

365 3219 03/04/2009

Secretary of State Office
500 E Capitol Ave
Pierre, SD 57501
(605)773-4845

# CERTIFICATE OF LIMITED PARTNERSHIP
## DOMESTIC LIMITED PARTNERSHIP

Please Type or Print Clearly in Ink

Please submit one Original and one Photocopy

FILING FEE: $100   payable to SECRETARY OF STATE

Filed this _4th_ day of _March, 2009_

_Chris Nelson_
SECRETARY OF STATE

RECEIVED
MAR 0 4 2009
S.D. SEC. OF STATE

Telephone # ____
FAX # ____

DP 1995

1. The name of the limited partnership is: Lake Casa Limited Partnership

   The name shall contain without abbreviation the words "limited partnership".

2. The address of the office required to be maintained in the State of South Dakota.

   | 503 S. Pierre Street | Pierre | SD | 57501 |
   |---|---|---|---|
   | Street Address | City | State | ZIP+4 |

   | | | | |
   |---|---|---|---|
   | Mailing Address (Optional) | City | State | ZIP+4 |

3. The South Dakota Registered Agent name: May, Adam, Gerdes & Thompson, LLP

   | 503 S. Pierre Street | Pierre | SD | 57501 |
   |---|---|---|---|
   | Street Address (Required to be a South Dakota Address) | City | State | ZIP+4 |

   | | | | |
   |---|---|---|---|
   | Mailing Address (Optional - Required to be a South Dakota Address) | City | State | ZIP+4 |

   When listing a Commercial Registered Agent, please state their CRA #.
   This number can be obtained from the Commercial Registered Agent.

4. The name and business address of each general partner is:

   | Allen L. Hood | 431 Thomas Loop Road | Sevierville | TN | 37876 |
   |---|---|---|---|---|
   | General Partner | Street Address | City | State | ZIP+4 |

   | | | | | |
   |---|---|---|---|---|
   | General Partner | Street Address | City | State | ZIP+4 |

   | | | | | |
   |---|---|---|---|---|
   | General Partner | Street Address | City | State | ZIP+4 |

PHILIP NEMETH, ATTORNEY AT LAW, 4515 EAST PARKWAY, P.O. BOX 270, GATLINBURG, TN 37738 (865) 436-7666

365 3220 03/24/2009

5. The latest date upon which the limited partnership is to dissolve is: December 31, 2085

6. Any other matters the general partners determine to include

```
NO OTHER MATTERS
```

The certificate of limited partnership must be signed by each of the general partners.

Dated 3/2/09

BY: _____ (signature)
(Signature of a general partner)

ALLEN L. HOOD
(Printed Name)

Dated _____

_____
(Signature of a general partner)

_____
(Printed Name)

Dated _____

_____
(Signature of a general partner)

_____
(Printed Name)

domesticlpcertificate July 2008

PHILIP NEMETH, ATTORNEY AT LAW, 4515 EAST PARKWAY, P.O. BOX 270, GATLINBURG, TN 37738 (865) 436-7666

**State of Tennessee**
**Department of State**
Corporate Filings
312 Eighth Avenue North
6th Floor, William R. Snodgrass Tower
Nashville, TN 37243

**APPLICATION FOR REINSTATEMENT FOLLOWING ADMINISTRATIVE DISSOLUTION/REVOCATION**

For Office Use Only

2008 FEB 25 AM 9:26

6224.1746

Pursuant to the provisions of Section 48-24-203 or Section 48-25-303 of the Tennessee Business Corporation Act or Section 48-64-203 or Section 48-65-303 of the Tennessee Nonprofit Corporation Act, this application is submitted to the Office of the Secretary of State, State of Tennessee, for reinstatement.

1. The name of the corporation is __Destiny, Inc.__

(Name change if applicable) _____

2. The effective date of its administrative dissolution/revocation is __August 28, 2007__ (must be month, day, and year).

3. The ground(s) for the administrative dissolution/revocation

☐ did not exist.
☒ has/have been eliminated.     [NOTE: Please mark the applicable box.]

4. The corporate name as listed in number one (1) satisfies the requirements of Tennessee Code Annotated Section 48-14-101 or 48-54-101, as appropriate.

5. The corporation control number as assigned by the Secretary of State, if known is __0521434__

[NOTE (APPLIES TO FOR-PROFIT CORPORATIONS ONLY): Prior to this document being accepted for filing, the Division of Business Services will request tax clearance verification from the Tennessee Department of Revenue that the business has properly filed all reports and paid all required taxes and penalties. If we cannot obtain such tax clearance verification from the Department of Revenue, this document will be rejected and returned to the applicant.]

__2-19-08__
Signature Date

__Secretary__
Signer's Capacity

YES  JmW 02/25/08

__Destiny, Inc.__
Name of Corporation

__[signature]__
Signature

__Allen Hood__
Name (typed or printed)

SS-4439 (Rev. 7/01)     Filing Fee: $70.00     RDA 1678


EXHIBIT
30
HOOD

**CORPORATION ANNUAL REPORT**

Annual Report Filing Fee Due:
- $20, if no changes are made in block #6 to the registered agent/office, or
- $40, if any changes are made in block #6 to the registered agent/office.

Please return completed form to:
TENNESSEE SECRETARY OF STATE
Attn: Annual Report
312 Eighth Avenue N, 6th Floor
William R. Snodgrass Tower
Nashville, TN 37243

CURRENT FISCAL YEAR CLOSING MONTH: 12

THIS REPORT IS DUE ON OR BEFORE: 04/01/07

(1) SECRETARY OF STATE CONTROL Number: 0521434

(2A.) NAME AND MAILING ADDRESS OF CORPORATION
DESTINY, INC.
2215 STETSON DRIVE
SEVIERVILLE, TN 37862

(2B.) STATE OR COUNTRY OF INCORPORATION
TENNESSEE

(2C.) ADD OR CHANGE MAILING ADDRESS:
Destiny, Inc.
P.O. Box 5877
Sevierville, TN 37864

6225.1599

D   05/23/2006   FOR PROFIT

(3) A. PRINCIPAL ADDRESS INCLUDING CITY, STATE, ZIP CODE:
2215 STETSON DRIVE, SEVIERVILLE, TN 37862

B. CHANGE OF PRINCIPAL ADDRESS:
STREET                                  CITY           STATE     ZIP CODE + 4

(4) NAME AND BUSINESS ADDRESS, INCLUDING ZIP CODE, OF THE PRESIDENT, SECRETARY AND OTHER PRINCIPAL OFFICERS. (ATTACH ADDITIONAL SHEET IF NECESSARY.)

| Title | Name | Business Address | City, State, Zip Code + 4 |
|---|---|---|---|
| President | Arthur Rooney | P.O. Box 5877 | Sevierville, TN 37864-5877 |
| Secretary | Allen Hood | P.O. Box 5877 | Sevierville, TN 37864-5877 |
| | | | |
| | | | |

(5) BOARD OF DIRECTORS (NAMES, BUSINESS ADDRESS INCLUDING ZIP CODE.) (ATTACH ADDITIONAL SHEET IF NECESSARY.)
☐ SAME AS ABOVE, ☒ NONE, OR LISTED BELOW:

| Name | Business Address | City, State, Zip Code + 4 |
|---|---|---|
| | | |
| | | |
| | | |

(6) A. NAME OF REGISTERED AGENT AS APPEARS ON SECRETARY OF STATE RECORDS:
ALLEN HOOD
B. REGISTERED ADDRESS AS APPEARS ON SECRETARY OF STATE RECORDS:
2215 STETSON DRIVE, SEVIERVILLE, TN 37862
C. INDICATE BELOW ANY CHANGES TO THE REGISTERED AGENT NAME AND/OR REGISTERED OFFICE.
  (i.) CHANGE OF REGISTERED AGENT: _____
  (ii.) CHANGE OF REGISTERED OFFICE (Street Address): 504 Grace St.
  (City) Sevierville   (State) TN (Zip Code + 4) 37862   (County) Sevier

(7) A. THIS BOX APPLIES ONLY TO NONPROFIT CORPORATIONS. OUR RECORDS REFLECT THAT YOUR NONPROFIT CORPORATION IS A PUBLIC BENEFIT OR A MUTUAL BENEFIT CORPORATION AS INDICATED:
IF BLANK OR INCORRECT, PLEASE CHECK APPROPRIATE BOX:  ☐ PUBLIC   ☐ MUTUAL

B. IF A TENNESSEE RELIGIOUS CORPORATION, PLEASE CHECK BOX IF BLANK   ☐ RELIGIOUS

(8) SIGNATURE: /s/ Allen Hood
(9) DATE: 2-19-08
(10) TYPE/PRINT NAME OF SIGNER: Allen Hood
(11) TITLE OF SIGNER: Secretary

** THIS REPORT MUST BE DATED AND SIGNED **

SS-4444 (Rev. 11-05)    INSTRUCTIONS: www.state.tn.us/sos/ or 615-741-2286    RDA 1678

RECEIVED
STATE OF TENNESSEE
2008 APR -8 AM 9:42
RILEY DARNELL
SECRETARY OF STATE

**State of Tennessee**
**Department of State**
Corporate Filings
312 Eighth Avenue North
6th Floor, William R. Snodgrass Tower
Nashville, TN 37243

**ARTICLES OF ORGANIZATION
(LIMITED LIABILITY COMPANY)**

(For use on or after 7/1/2006)

For Office Use Only

6291.0407

The Articles of Organization presented herein are adopted in accordance with the provisions of the Tennessee Revised Limited Liability Company Act.

1. The name of the Limited Liability Company is: Destiny of Tennessee, LLC

   (NOTE: Pursuant to the provisions of TCA §48-249-106, each limited Liability Company name must contain the words "Limited Liability Company" or the abbreviation "LLC" or "L.L.C.")

2. The name and complete address of the Limited Liability Company's initial registered agent and office located in the state of Tennessee is:
   Allen Hood
   (Name)
   P.O. Box 5877  1529 TanBark Way     Sevierville      TN, 37864 37876
   (Street address)                    (City)           (State/Zip Code)
   Sevier
   (County)

3. The Limited Liability Company will be: (NOTE: PLEASE MARK APPLICABLE BOX)
   ☐ Member Managed    ☑ Manager Managed    ☐ Director Managed

4. Number of Members at the date of filing, if more than six (6): _____

5. If the document is not to be effective upon filing by the Secretary of State, the delayed effective date and time is:   (Not to exceed 90 days)
   Date: _____, _____ Time: _____

6. The complete address of the Limited Liability Company's principal executive office is:
   431 Thomas Loop          Sevierville        TN/Sevier/37876
   (Street Address)         (City)             (State/County/Zip Code)

7. Period of Duration if not perpetual: _____

8. Other Provisions: mailing address: PO Box 5877, Sevierville, TN 37864

9. THIS COMPANY IS A NONPROFIT LIMITED LIABILITY COMPANY (Check if applicable) ☐

April 4, 2008
Signature Date

Signature

Manager
Signer's Capacity (if other than individual capacity)

Allen Hood
Name (printed or typed)

SS-4270 (Rev. 05/06)    Filing Fee: $50 per member (minimum fee = $300, maximum fee = $3,000)    RDA 2458


EXHIBIT
32
Hood

**State of Tennessee**
**Department of State**
Corporate Filings
312 Eighth Avenue North
6th Floor, William R. Snodgrass Tower
Nashville, TN 37243

RECEIVED
STATE OF TENNESSEE
2008 APR -8 AM 9: 42
RILEY DARNELL
SECRETARY OF STATE

For Office Use Only

**CERTIFICATE OF CONVERSION**
(Another Business Entity into LLC)

Pursuant to the provisions of §48-249-703 of the Tennessee Revised Limited Liability Company Act, the undersigned Limited Liability Company hereby submits this certificate of conversion:

1. The name of the domestic limited liability company as set forth in its articles of organization is: **Destiny of Tennesse, LLC**

2. The name of the converting other business entity immediately prior to the filing of the certificate of conversion is: **Destiny, Inc.**

3. The jurisdiction in which the converting other business entity was formed is **Tennessee**. Its date of formation is **5/23/06** (month/day/year), and its business type is a **Corporation**.

4. All required approvals of the conversion have been obtained by the other business entity.

5. If the conversion is not to be effective upon the filing of the certificate of conversion and articles of organization, then the future effective date or time of the conversion to a domestic LLC is:
Date: _____ , Time _____

Signature date: **April 4, 2008**
Signature: [signed]
Signer's capacity: **Secretary**
Name (typed or printed): **Allen Hood**

ss-4288 (Rev. 06/07)   Filing Fee $20   RDA 2458


EXHIBIT 33 HOOD

| STATE OF TENNESSEE        AFFIDAVIT OF VALUE | THIS SPACE RESERVED FOR REGISTER OF DEEDS RECORDING DATA. |
|---|---|
| COUNTY OF SEVIER    PER T.C.A. SEC. 67-4-409(a)(6)(A) | |

I hereby swear or affirm that the actual consideration for this transfer, or value of the property, or interest in property, transferred, whichever is greater, is $------NONE-------------- which amount is equal to, or greater than the amount which the property, or interest in property transferred, would command at a fair and voluntary sale.

_____
GRANTEES OR HIS AGENT

SUBSCRIBED AND SWORN TO before me this ___ day of MARCH, 2009.

_____
NOTARY PUBLIC
My Commission Expires: November 20, 2012

BK/PG: 982/434-435
09002390

| 2 PGS : AL - QUITCLAIM DEED |
|---|
| LINDA R BATCH: 93831 |
| 04/02/2009 - 10:29 AM |
| VALUE              0.00 |
| MORTGAGE TAX        0.00 |
| TRANSFER TAX        0.00 |
| RECORDING FEE      10.00 |
| DP FEE              2.00 |
| REGISTER'S FEE      0.00 |
| TOTAL AMOUNT       12.00 |

STATE OF TENNESSEE, JEFFERSON COUNTY
SARAH WEBB
REGISTER OF DEEDS

### STANDARD TAX PARCEL IDENTIFIER

The property being conveyed hereby is the same as:
County: Jefferson   Civil Dist: 8th   Tax Map: 094-P   Group: A   Control Map: 094-P   Parcel: 024.00
This Property has a street address of: 1253 Stetson Lane

In accordance with TCA Sec. 66-24-1144, the name and address of the person or agency responsible for payment of real property taxes is:

Lake Casa Limited Partnership
431 Thomas Loop Road
Sevierville, TN 37876

In accordance with TCA Sec. 66-24-115, this instrument was prepared by:

Philip Nemeth, Attorney at Law
835 Ski Mountain Road
P.O. Box 270
Gatlinburg, TN 37738

## *TENNESSEE QUITCLAIM DEED*

THIS QUITCLAIM DEED made this 4th day of MARCH, 2009, by and between

| GRANTOR | GRANTEE |
|---|---|
| DESTINY OF TENNESSEE, LLC, a Tennessee Limited Liability Company (formerly Destiny, Inc.) | LAKE CASA LIMITED PARTNERSHIP, a South Dakota Limited Partnership 431 Thomas Loop Road Sevierville, TN 37876 |

The designation Grantor and Grantee used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, does hereby convey, release and forever quitclaim unto the Grantee in fee simple, the following described premises, to-wit:

> SITUATED in the Eighth (8th) Civil District of Jefferson County, Tennessee, and being all of Lot 5 of the DOUGLAS LAKE RESORT - PLANNED UNIT DEVELOPMENT, according to the Plat thereof of record in Cabinet H, Slide 111, Register's Office, Jefferson County, Tennessee.
>
> BEING the same property conveyed to Grantor by deed of record in Book 853, Page 350, Register's Office, Jefferson County, Tennessee.

3



EXHIBIT
34
HOOD

1

TOGETHER WITH all and singular the improvements, ways, easements, rights, privileges, and appurtenances to the same belonging, or in anywise appertaining, and all the estate, right, title, interest and claim, either at law or in equity, or otherwise however, of the Grantor in, to, or out of the above-described property.

The preparer of this instrument makes no representation as to the status of the title to the above described premises.

IN WITNESS WHEREOF, the Grantor has signed this Quitclaim Deed, the day and year first above written.


DESTINY OF TENNESSEE, LLC
(formerly Destiny, Inc.)

By: _____
    Allen L. Hood, Manager


STATE OF TENNESSEE
COUNTY OF SEVIER

Before me, the undersigned authority, a Notary Public of the state and county aforesaid, personally appeared ALLEN L. HOOD, with whom I am personally acquainted, and who upon oath acknowledged himself to be the Manager of Destiny of Tennessee, LLC, the within named grantor, a limited liability company, and that he as such Manager, being authorized so to do, executed the foregoing instrument for the purpose therein contained by signing the name of the limited liability company by himself as Manager.

WITNESS my hand and Official Seal in said State and County this the 4TH day of MARCH, 2009.

_____
Notary Public

My Commission Expires: November 20, 2012

2