# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **ALLEN HOOD** | ) | No. 3:17-bk-33605-SHB |
| | ) | **Chapter 7** |
| Debtor. | ) | |
| | ) | |
| | ) | |
| **ARTHUR R. ROONEY,** | ) | |
| **JUST TENNESSEE, LTD., and** | ) | |
| **ABBACAS HOLDINGS, LTD.,** | ) | |
| | ) | |
| Plaintiffs/Creditors, | ) | |
| | ) | |
| vs. | ) | Adv. Pro. No. 3:18-ap-03008-SHB |
| | ) | |
| **ALLEN HOOD,** | ) | |
| | ) | |
| | ) | |
| Defendant/Debtor. | ) | |

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

Come the parties, by counsel, and move the Court to enter the proposed Consent Judgment, attached hereto as Exhibit A. In seeking entry of the Consent Judgment, the parties represent that, pursuant a mediation conducted on January 13, 2020, the parties have agreed on a mechanism to resolve all claims of the plaintiffs/creditors in this adversary proceeding and to satisfy the underlying state court judgment.

| | |
|---|---|
| By:  /s/ C. Dan Scott | By:  /s/ Michael S. Kelley |
| C. Dan Scott (BPR #010295) | E. Richards Brabham (BPR #022030) |
| SCOTT LAW GROUP, PC | Michael S. Kelley (BPR#014378) |
| P. O. Box 547 | KENNERLY, MONTGOMERY & |
| Seymour, Tennessee 37865 | FINLEY, P.C. |
| (865) 246-1050 | P. O. Box 442 |
| | Knoxville, TN 37901 |
| | (865) 546-7311 |
| *Attorneys for the Defendant/Debtor* | *Attorneys for Plaintiffs/Creditors* |
| *Allen Hood* | *Arthur Rooney, Just Tennessee, Ltd., and* |
| | *Abbacas Holdings Ltd.* |