

**SO ORDERED.**
**SIGNED this 3rd day of March, 2020**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **ALLEN HOOD** | ) | No. 3:17-bk-33605-SHB |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| **ARTHUR R. ROONEY,** | ) | |
| **JUST TENNESSEE, LTD., and** | ) | |
| **ABBACAS HOLDINGS, LTD.,** | ) | |
| | ) | |
| Plaintiffs/Creditors, | ) | |
| | ) | |
| vs. | ) | Adv. Pro. No. 3:18-ap-03008-SHB |
| | ) | |
| **ALLEN HOOD,** | ) | |
| | ) | |
| Defendant/Debtor. | ) | |

## CONSENT JUDGMENT

This adversary proceeding comes before the Court pursuant to the agreement of the parties

that a consent judgment should be entered against the debtor, Allen Hood, pursuant to 11 U.S.C.

§523(a)(2), excepting from discharge a debt in the amount of Two Hundred Eighty Thousand Dollars ($280,000) owed to Abbacas Holdings, Ltd. arising out of a judgment against the Debtor in the Jefferson County Chancery Court case styled: <u>The Douglas Lake Resort Owner's Association, Inc. v. Destiny of Tennessee, LLC f/k/a Destiny Inc., et al,</u> Docket No. 12-cv-117 (the "Jefferson County Judgment").  By agreement of the parties, the Court finds that, in this adversary proceeding:  (1) the issue of the dischargability of the Jefferson County Judgment was raised in the complaint, (2) the issue was actually litigated, (3) the issue is being determined by the entry of this consent judgment, and (4) this determination is essential to the entry of a judgment for the plaintiff, Abbacas Holdings, Ltd.

Based upon the foregoing, the Court finds that the Jefferson County Judgment of Abbacas Holdings, Ltd. to the extent of $280,000 is excepted from the debtor's discharge.

###

APPROVED AND SUBMITTED FOR ENTRY:

By:    /s/ C. Dan Scott
C. Dan Scott (BPR #010295)
SCOTT LAW GROUP, PC
P. O. Box 547
Seymour, Tennessee 37865
(865) 246-1050

*Attorneys for the Defendant/Debtor
Allen Hood*

By:    /s/ Michael S. Kelley
E. Richards Brabham (BPR #022030)
Michael S. Kelley (BPR#014378)
KENNERLY, MONTGOMERY &
    FINLEY, P.C.
P. O. Box 442
Knoxville, TN 37901
(865) 546-7311
*Attorneys for Plaintiffs/Creditors
Arthur Rooney, Just Tennessee, Ltd., and
Abbacas Holdings Ltd.*